```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANTHONY GIORDANO              :     CIVIL ACTION
                              :
                              :
          v.                  :
                              :
MARGARET MURANO-NIX, et al.   :     NO. 12-7034
```

## ORDER

AND NOW, this 7th day of January, 2014, upon consideration of the Defendant's Motion for Summary Judgment (Docket No. 16), the plaintiff's response thereto, and following an oral argument on December 17, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff on these claims.  This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```